UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER MILLER, | CASE NO. C16-0406JLR |
| Petitioner, | ORDER |
| v. | |
| JEFFREY A. UTTECHT, | |
| Respondent. | |

The court, having reviewed Petitioner Christopher Miller's 28 U.S.C. § 2254 habeas petition (Dkt. # 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 18), Mr. Miller's objections to the Report and Recommendation (Dkt. # 19), and the balance of the record, finds and orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DENIED**;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

ORDER- 1

4. The Clerk shall send a copy of this order to the parties and to Judge Tsuchida.

Dated this 21ˢᵗ day of September, 2016.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 2